UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO MURRAY McIVER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Service@dreamstudiogroup.com, et al.,<br><br>　　　　　　　　　　Defendants. | 1:21-CV-0642 (CM)<br><br>CIVIL JUDGMENT |

　　　Pursuant to the order issued April 8, 2021, dismissing this action without prejudice,

　　　IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* or pay the $402.00 in relevant fees. *See* 28 U.S.C. §§ 1914, 1915.

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　Plaintiff has consented to electronic service of court documents. (ECF 2.)

SO ORDERED.

Dated:　April 8, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge